IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRENT W. SWISHER,

    Petitioner,           No. 2: 12-cv-0844 KJN P

   vs.

E. VALENZUELA,

    Respondent.       ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Both parties have consented to proceed before the undersigned.

        On January 11, 2013, petitioner filed a summary judgment motion. (Dkt. No. 16.) Petitioner argued that his petition should be granted because respondent failed to file an answer. (Id.) On January 16, 2013, the undersigned denied petitioner's motion for summary judgment. (Dkt. No. 17.)

        On February 14, 2013, petitioner filed a motion to "rescind" the January 16, 2013 order dismissing his petition. (Dkt. No. 18.) As discussed above, the January 16, 2013 order did not dismiss his petition. Petitioner's habeas corpus petition is now submitted for decision.

////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's February 14, 2013
2 motion to rescind (Dkt. No. 18) is denied as unnecessary.
3 DATED: April 4, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sw844.ord