1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TRENT W. SWISHER,

11              Petitioner,                    No. 2: 12-cv-0844 KJN P

12         vs.

13    E. VALENZUELA,

14              Respondent.              ORDER

15    _____/

16              Petitioner is a state prisoner, proceeding without counsel, with a petition for writ

17    of habeas corpus pursuant to 28 U.S.C. § 2254.  Both parties have consented to proceed before

18    the undersigned.

19              On January 11, 2013, petitioner filed a summary judgment motion.  (Dkt. No. 16.)

20    Petitioner argued that his petition should be granted because respondent failed to file an answer.

21    (Id.)  On January 16, 2013, the undersigned denied petitioner's motion for summary judgment.

22    (Dkt. No. 17.)

23              On February 14, 2013, petitioner filed a motion to "rescind" the January 16, 2013

24    order dismissing his petition.  (Dkt. No. 18.)  As discussed above, the January 16, 2013 order did

25    not dismiss his petition.  Petitioner's habeas corpus petition is now submitted for decision.

26    ////

                                              1

1      Accordingly, IT IS HEREBY ORDERED that petitioner's February 14, 2013

2    motion to rescind (Dkt. No. 18) is denied as unnecessary.

3    DATED:  April 4, 2013

4

5                                          _____

6                                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

7    sw844.ord

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26