IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRENT W. SWISHER,

    Petitioner,               No. 2: 12-cv-0844 KJN P

    vs.

E. VALENZUELA,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 15, 2013, petitioner filed a letter with the court clarifying that he has not received respondent's answer filed July 3, 2012.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within seven days of the date of this order, respondent shall serve petitioner with the answer and file proof of service with the court;

        2. Petitioner's reply to the answer is due within sixty days of the date of this order.

DATED: April 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sw844.ser

1