1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRENT W. SWISHER,                              No.  2:12-cv-0844 KJN P

12                   Petitioner,

13          v.                                      ORDER

14   E. VALENZUELA,

15                   Respondent.

16

17          Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his convictions for evading a police

19   officer and driving on a suspended or revoked license.

20          In claim two, petitioner argues that his trial counsel was ineffective for failing to argue

21   that the evidence did not prove that his license was revoked or that he knew that the revocation

22   was in effect.  In denying this claim, the California Court of Appeal referenced prosecution

23   exhibit 2, i.e., forms from the California Department of Motor Vehicles ("DMV").  (ECF No. 13

24   at 13.)  In particular, the California Court of Appeal relied on DMV Form DL414 to find that

25   petitioner's license was revoked and that he had notice of the revocation.

26          The undersigned cannot locate DMV Form DL414 in the court record.

27   ////

28   ////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this

2  order, respondent shall either direct the court to DMV Form DL414 in the court record or file a

3  copy with the court.

4  Dated:  October 24, 2013

5

6  sw844.fb.docs

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28